IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE BALLARD,<br>        Plaintiff,<br><br>v.<br><br>MERCY CATHOLIC MEDICAL CENTER OF SOUTHEASTERN PENNSYLVANIA d/b/a MERCY HOSPITAL,<br>        Defendant. | CIVIL ACTION NO. 12-0779 |

## ORDER

**AND NOW**, this 28th day of June, 2013, upon consideration of Defendant's Motion for Summary Judgment (ECF 22), Plaintiff's Response (ECF 23), and Defendant's Reply (ECF 24), the arguments put forth at oral argument on June 27, 2013, and for the reasons stated in the accompanying Memorandum of Law, it is hereby **ORDERED**:

1. Defendant's Motion for Summary Judgment (ECF 22) is GRANTED.

2. Plaintiff's Complaint is DISMISSED.

3. Judgment is ENTERED in favor of Defendant and against Plaintiff.

4. The clerk shall close this case.

                          **BY THE COURT:**

                          **/s/ Michael M. Baylson**
                          _____
                          **Michael M. Baylson, U.S.D.J.**

O:\SARA\BALLARD V MERCY HOSPITAL\ORDER.DOCX